**Daniel A. ROBERTS, Plaintiff-Appellant,**

**v.**

**VIRGINIA BEACH COURT HOUSE; City of Virginia Beach, Defendants-Appellees.**

**No. 16-1008**

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

Daniel A. Roberts, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel A. Roberts appeals the district court's order dismissing his action under 42 U.S.C. §§ 1983, 1985 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Roberts' informal brief does not challenge the district court's dispositive analysis, Roberts has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We deny Roberts' motion to reconsider. We

denying his § 3582(c)(2) motion, both orders are before the court.

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Sherif Philips appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Philips v. N.C. State, No 5:15–cv–0095–F, 2015 WL 9462095 (E.D.N.C. Dec. 28, 2015). We deny Philips' motions to appoint counsel and for consideration of recusal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED